IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEBRA ANN CARR, )
)
   *Plaintiff,* )
)
v )  Case No.:  25-1040-EFM
)
SHERWIN WILLIAMS )
MANUFACTURING, )
)
   *Defendant.* )
_____)

## **ORDER**

  This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that this civil rights case be dismissed.  Plaintiff received an EEOC right-to-sue letter dated August 23, 2024.  She filed this action on March 3, 2025.  The R&R recommends dismissal because the law requires that an action must be brought within 90 days of receipt of the EEOC letter.  That obviously did not happen.  This time period functions as a statute of limitations.

  Plaintiff filed a timely response to the R&R, but the response does not address the statute of limitations issue, nor proffer any equitable waiver or tolling arguments.

  IT IS THEREFORE ORDERED that the Court adopts the R&R, Doc. 12, in full, and orders this case be dismissed.

  **IT IS SO ORDERED**.

  Dated this 28th day of July, 2025.

*Eric F Melgren*

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE